IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JEROME B. REED, | § | |
| | § | No. 314, 2022 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 0101023931 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: October 31, 2022
Decided: December 2, 2022

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order, dated August 15, 2022, summarily dismissing the appellant's successive motion for postconviction relief (the "Eleventh Motion"). The Eleventh Motion was expressly grounded on relitigating the Superior Court's 2019 denial of the appellant's tenth motion for postconviction relief. The Superior Court did not err by concluding that the Eleventh Motion was procedurally barred and that the appellant had failed to overcome the procedural hurdles established by Superior Court Criminal Rule 61.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice